# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA REYNA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-00484-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO LODGE ADMINISTRATIVE RECORD<br><br>(ECF No. 12)<br><br>**DEADLINE: SEPTEMBER 14, 2022** |

On April 25, 2021, Plaintiff Sylvia Reyna filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On April 26, 2022, the Court issued a scheduling order. (ECF No. 5.) Pursuant to the amended scheduling order, Defendant was directed to electronically file the administrative record within 90 days of service of the Court's order. (Id. at 2.) On July 25, 2022, the Court granted Defendant's unopposed motion to extend the deadline to file the administrative record to September 8, 2022. (ECF Nos. 11, 12.) However, an independent review of the docket reveals that, as of September 9, 2022, neither the administrative record, nor other filings, have been submitted.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Defendant's failure to timely lodge the administrative record constitutes a failure to comply with the Court's order. Accordingly, Defendant will be directed to show cause why sanctions should not issue for failure to lodge the administrative record in compliance with the Court's July 25, 2022 order (ECF No. 12).

Based on the foregoing, IT IS HEREBY ORDERED that **no later than September 14, 2022**, Defendant shall show cause in writing why sanctions should not issue for the failure to comply with the Court's orders and timely lodge the administrative record in this matter. Failure to comply with this order will result in the imposition of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **September 9, 2022**

UNITED STATES MAGISTRATE JUDGE

2