# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA REYNA,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:22-cv-00484-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING EXTENSION OF TIME TO LODGE ADMINISTRATIVE RECORD<br><br>(ECF Nos. 13, 14, 15) |

      On April 25, 2022, Plaintiff Sylvia Reyna filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On April 26, 2022, the Court issued a scheduling order. (ECF No. 5.) Pursuant to the scheduling order and an extension of time, Defendant was to electronically file the administrative record by September 8, 2022. (See ECF Nos. 11, 12.) However, Defendant did not timely file the administrative record. Accordingly, the ordered Defendant to show cause why in writing why sanctions should not issue for the failure to comply. (ECF No. 13.)

      On September 9, 2022, Defendant lodged the administrative record. (ECF No. 14.) On September 13, 2022, Defendant filed a response to the order to show cause. (ECF No. 15.) Counsel proffers that, due to a family emergency occurring around the time of issuance of the

1

Court's prior order, the extended deadline to lodge the administrative record was not properly calendared and counsel did not realize the mistake until this Court's order to show cause. Further, counsel requests a one-day extension to file the record. Having reviewed the response, the Court shall discharge the order to show cause and grant Defendant's requested relief.

Accordingly, IT IS HEREBY ORDERED that the Court's September 9, 2022 order to show cause (ECF No. 13) is DISCHARGED. Defendant's nunc pro tunc request for an extension to file the administrative record by September 9, 2022, is GRANTED. The remaining filing deadlines set forth in the Court's scheduling order (ECF No. 5) are continued accordingly.

IT IS SO ORDERED.

Dated: **September 14, 2022**

UNITED STATES MAGISTRATE JUDGE